Matter of Warren v Planning Bd. of the Town of W. Seneca (2024 NY Slip Op 01623)

Matter of Warren v Planning Bd. of the Town of W. Seneca

2024 NY Slip Op 01623

Decided on March 22, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 22, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, NOWAK, AND DELCONTE, JJ.

17 CA 23-00546

[*1]IN THE MATTER OF DANIEL T. WARREN, PETITIONER-PLAINTIFF-APPELLANT,
v
PLANNING BOARD OF THE TOWN OF WEST SENECA, TOWN OF WEST SENECA, AND CANISIUS HIGH SCHOOL OF BUFFALO, NEW YORK, BY AND THROUGH FR. DAVID CIANCIMINO, S.J., AS ITS PRESIDENT, RESPONDENTS-DEFENDANTS-RESPONDENTS. (APPEAL NO. 2.) 

DANIEL T. WARREN, PETITIONER-PLAINTIFF-APPELLANT PRO SE. 
GRECO TRAPP, PLLC, BUFFALO (CHRIS G. TRAPP OF COUNSEL), FOR RESPONDENTS-DEFENDANTS-RESPONDENTS PLANNING BOARD OF THE TOWN OF WEST SENECA, AND TOWN OF WEST SENECA. 
COSGROVE LAW FIRM, BUFFALO (EDWARD C. COSGROVE OF COUNSEL), FOR RESPONDENT-DEFENDANT-RESPONDENT CANISIUS HIGH SCHOOL OF BUFFALO, NEW YORK, BY AND THROUGH FR. DAVID CIANCIMINO, S.J., AS ITS PRESIDENT. 

 Appeal from an order of the Supreme Court, Erie County (Mark J. Grisanti, A.J.), entered March 28, 2023, in a proceeding pursuant to CPLR article 78 and declaratory judgment action. The order settled the record on appeal. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Matter of Warren v Planning Bd. of Town of W. Seneca ([appeal No. 1] — AD3d — [Mar. 22, 2024] [4th Dept 2024]).
Entered: March 22, 2024
Ann Dillon Flynn
Clerk of the Court